IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| PAIMAN KARIMI, A# 097-925-724;<br><br>　　　　Plaintiff,<br>vs.<br><br>BRET BRADFORD, FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, HOUSTON FIELD OFFICE; SECRETARY KRISTI NOEM, SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, U.S. ATTORNEY GENERAL; AND ALEXANDER SANCHEZ,<br><br>　　　　Defendants. | NO.9:25-CV-00312-MJT-ZJH |

## **SHOW CAUSE ORDER**

　　This case is assigned to the Honorable Michael J. Truncale, United States District Judge, and referred to the undersigned United States Magistrate Judge for pretrial management. Doc. No. 7. The undersigned has reviewed the Petition and is of the opinion that Petitioner states one or more factual allegations which, if true, may state a cause of action under 28 U.S.C. § 2241.

　　It is therefore **ORDERED** that the Clerk of Court shall issue process, and the Respondent shall have ten (10) days from the date of service of process to respond to the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2243 and show cause why relief prayed for should not be granted.

　　SIGNED this 21st day of November, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Zack Hawthorn
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge